

ORIGINAL

FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

FILED

SEP 2 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF

JULIE ELIZABETH BROWN

O R D E R

Julie Elizabeth Brown has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since March 2020.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this ᴏ̃1ᵗʰ day of September, 2020.

For the Court,

By _____
Chief Justice